Prob 12AP

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

### REPORT OF OFFENDER NON-COMPLIANCE

**Offender Name:**          Shekhinah A. Sullivan

**Docket Number:**        2:04CR00061-02 WBS

**Judicial Officer:**         Honorable William B. Shubb
United States District Senior Judge
Sacramento, California

**Original Sentence Date:**   4/21/2004

**Original Offense:**       18 USC 1344(2), Bank Fraud

**Original Sentence:**      4 months prison, $100 special assessment, $1,100 restitution, 3 years supervised release

**Special Conditions:**     Search, financial disclosure/restrictions, substance abuse counseling and testing, alcohol sanctions, mental health treatment if necessary, & aftercare co-pay

**Other Court Action:**     None_

**Type of Supervision:**    Supervised Release

**Supervision Commenced:**  2/04/2005

---

### NON-COMPLIANCE SUMMARY

The purpose of this report is to advise the Court of an alleged violation of the terms of supervision. The information is reported for advisement purposes only; no further Court action is requested at this time.

1.     **ILLICIT DRUG USE (5/5/2005)**

2.     **Details of alleged non-compliance:** On May 5, 2005, the defendant submitted a urine sample for analysis. Laboratory results returned positive for the presence of cocaine.

**RE:    SULLIVAN, Shekhinah A.**
          **Docket Number:  2:04CR00061-02 WBS**


**United States Probation Officer plan/justification:**   The defendant admits smoking cocaine while with friends and family.  This represents her first positive test for illegal drug use since releasing to supervision.  She, otherwise, is abiding by her terms and conditions of supervision at this time.  She is amenable to receiving substance abuse counseling and has been referred for said counseling.  No adverse action is recommended at this time.

Respectfully submitted,

*/s/ Melinda S. Peyret*

**Melinda S. Peyret**
**United States Probation Officer**
Telephone:  (559) 498-7569

**DATED:**      May 18, 2005
              Fresno, CA
              msp


**Reviewed by:**       **/s/ Bruce Vasquez_____**
                      **BRUCE A. VASQUEZ**
                      **Supervising United States Probation Officer**

_____

No response will be necessary for this notice unless the Court directs that additional action be taken.  If the Court desires additional action or information, please call this officer at (559) 498-7569.  Your Honor's signature below signifies the Court has reviewed this report.

**Date: May 18, 2005**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE


Attachment:  PSR (Sacramento only)

Rev. 02/2004
PROB12AP.MRG