```
DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
SHEKHINEH SULLIVAN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:04-cr-061-02 WBS |
|---|---|
| Plaintiff, | ) |
| v. | ) APPLICATION FOR WRIT OF HABEAS<br>) CORPUS AD PROSEQUENDUM; ORDER;<br>) WRIT OF HABEAS CORPUS AD |
| SHEKHINEH SULLIVAN, | ) PROSEQUENDUM |
| Defendant. | ) Date: December 7, 2006<br>) Time: 9:00 a.m.<br>) Judge: Hon. William B. Shubb |

Comes now Shekhineh Sullivan, defendant, by her attorney, Assistant Federal Defender Jeffrey L. Staniels, who represents and shows:

That there is now detained in the Sacramento County Main Jail, Sacramento, California, in the custody of the Sheriff thereof, the defendant in the above-entitled case, whose case will be called for a supervised release Admit or Deny proceeding on the 7th day of December, 2006, at 9:00 a.m., and that it is necessary to have the defendant present in the Courtroom of the Honorable William B. Shubb, Senior United States District Judge of the United States District Court, U.S. Courthouse, 501 I Street, Sacramento, California;  and in order to secure the presence of the defendant it is necessary that a Writ of

Habeas Corpus ad Prosequendum be issued commanding the United States Marshal's Service, or the Sacramento County Sheriff, to produce the defendant in court on said date, and at such other dates as may be necessary in order to procure defendant's presence for other proceedings incident thereto.

WHEREFORE, petitioner prays for an order directing the issuance of a Writ of Habeas Corpus ad Prosequendum out of and under the seal of this Court, directed to the Sheriff of Sacramento County, commanding him to have and produce or cause to be produced the above-named defendant in the United States District Court at said time, and then and there to present the defendant before the Court and from day to day thereafter as may be necessary, and at the termination of the proceedings against the defendant to return defendant to the custody of the Sheriff of Sacramento County.

DATED: December 6, 2006

　　　　　　　　　　　　　　　　　　/S/ Jeffrey L. Staniels
　　　　　　　　　　　　　　　　　　JEFFREY L. STANIELS
　　　　　　　　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　　　　　　　　Counsel for Shekhineh Sullivan

**O R D E R**

The application for a writ of habeas corpus ad prosequendum is hereby GRANTED.  The clerk is directed to issue the attached writ and deliver it to the U.S. Marshal for service.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　By the court,

Dated:  December 6, 2006

　　　　　　　　　　　　　　_/s/ William B. Shubb_
　　　　　　　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Application for Writ of
Habeas Corpus Ad Prosequendum      -2-

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:04-cr-061-02 WBS |
| | ) | |
|               Plaintiff, | ) | |
| | ) | WRIT OF HABEAS CORPUS AD |
|   v. | ) | PROSEQUENDUM |
| | ) | |
| SHEKHINEH SULLIVAN, | ) | |
| | ) | |
|               Defendant. | ) | |
| | ) | |
| _____ | ) | |

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO: The Warden, Sheriff or Jailor of Sacramento County Jail and to any United States Marshal:

**G R E E T I N G S**

    WE COMMAND that you produce and deliver the person known as SHEKHINEH SULLIVAN, now in your custody, before the Honorable William B. Shubb, Senior United States District Judge, U.S. Courthouse, 501 I Street, 14th Floor, Sacramento, California, on December 7, 2006, at the hour of 9:00 a.m., in order that said defendant in the above-entitled case may be present during hearing of her case, and also at such other times and for such other purposes as may be ordered by the said Court,

Application for Writ of
Habeas Corpus Ad Prosequendum    -3-

1  and have you then and there this Writ.
2       The delivery of the defendant to the custody of the United States
3  Marshal, or to the courtroom of the United States District Court, as
4  aforesaid, and then return by you of said defendant to your custody,
5  shall be deemed sufficient compliance with the Writ.
6       WITNESS the Honorable William B. Shubb, Senior United States
7  District Judge of the United States District Court for the Eastern
8  District of California.
9  DATED: December 6, 2006.

                                        CLERK, UNITED STATES DISTRICT COURT
                                        Eastern District of California


                                        By:_____
                                                    Deputy Clerk

Application for Writ of
Habeas Corpus Ad Prosequendum       -4-